IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>CARMEN ROBLES FROST,<br><br>　　　　*Plaintiffs*,<br><br>　　　　v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; RACHEL LEVIN, in her official capacity as Assistant Secretary for Health; LYNN ROSENTHAL[1], in her official capacity as Deputy Assistant Secretary for Population Affairs; OFFICE OF THE ASSISTANT SECRETARY FOR HEALTH; U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES; UNITED STATES OF AMERICA,<br><br>　　　　*Defendants*. | Civil Action No. 2:24-cv-159-Z |

## CERTIFICATE OF INTERESTED PERSONS

This is to certify that other than the parties to this case, the undersigned is currently unaware of any person, organization, or other legal entity with a financial interest in the outcome of this case.

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Lynn Rosenthal automatically substitutes for her predecessor, Jessica Swafford Marcella, in her official capacity as Deputy Assistant Secretary for Population Affairs.

Dated: October 4, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

/s/ *Amber Richer*
AMBER RICHER (CA Bar No. 253918)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel: (202) 514-3489
Email: amber.richer@usdoj.gov

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2024, I electronically transmitted the foregoing to the parties and the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.

/s/ *Amber Richer*
AMBER RICHER (CA Bar No. 253918)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel: (202) 514-3489
Email: amber.richer@usdoj.gov

1