IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF TEXAS, *et al.*,

    Plaintiffs,

v.                                      2:24-CV-159-Z

XAVIER BECERRA, *et al.*,

    Defendants.

## NOTICE

Before the Court is Plaintiffs' Notice of Dismissal Without Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) ("Notice") (ECF No. 35), filed November 22, 2024. A Rule 41(a)(1)(A)(i) notice is effective if filed "before the opposing party serves either an answer or a motion for summary judgment." FED. R. CIV. P. 41(a)(1)(A)(i). Defendants have not served an answer or a motion for summary judgment. A voluntary dismissal of an action is "self-effectuating . . . no order or other action of the district court is required." *In re Amerijet Intern., Inc.*, 785 F.3d 967, 973 (5th Cir. 2015). This Court has therefore "los[t] jurisdiction." *Id.* Accordingly, the Clerk of the Court is **DIRECTED** to close the case. All pending motions are **DENIED** as **MOOT**.

The Court issues notice accordingly.

November 27, 2024

                                                      MATTHEW J. KACSMARYK
                                                      UNITED STATES DISTRICT JUDGE